**In re Petition for DISCIPLINARY ACTION AGAINST Paul M. HEIM, an Attorney at Law of the State of Minnesota.**

No. C5–96–42.

Supreme Court of Minnesota.

May, 2, 1996.

### ORDER

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Paul M. Heim has committed unprofessional conduct by failing to timely file state and federal individual income tax returns and pay the taxes thereon when due; and

WHEREAS, the respondent has unconditionally admitted the allegations of the petition, has waived any rights he has pursuant to Rule 14, Rules on Lawyers Professional Responsibility, and has entered into a stipulation with the Director in which they jointly recommend a public reprimand and imposition of 2 years' probation subject to the following conditions:

a. Respondent shall cooperate fully with the Director's office in its efforts to monitor compliance with this probation and promptly respond to the Director's correspondence by the due date. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct which may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify compliance with the terms of this probation.

b. Respondent shall abide by the Minnesota Rules of Professional Conduct.

c. Respondent shall timely file all required state and federal tax returns, including individual and employer withholding returns, and timely pay the taxes due thereon. Respondent shall affirmatively report to the Director, on or before the due date of the required returns, his compliance with filing and payment requirements. Such reports shall include copies of the required returns. On or before the filing deadline, respondent shall provide the Director with copies of all applications for filing extension and proof of approval of such applications. Respondent shall provide all of the documents and information required herein without specific reminder or request.

d. If he has not already done so, respondent shall immediately enter into agreements satisfactory to the Internal Revenue Service (IRS) and the Minnesota Department of Revenue (DOR) for the payment of all unpaid taxes. Respondent shall provide the Director with copies of the payment agreements and proof of currency on payments required by the agreements. If after 60 days, agreement with the IRS and/or DOR has not been reached despite diligent effort by respondent, respondent shall report monthly to the Director concerning his progress in reaching agreement. Such reports shall continue until written agreements have been signed by both the IRS and DOR. Respondent shall remain current in his payment agreements with the IRS and DOR throughout the probation.

e. Respondent shall make timely quarterly estimated payments to the state and federal tax authorities. On or before the filing deadline, respondent shall provide

proof of such filing and payment to the Director without specific reminder or request; and

WHEREAS, this court has independently reviewed the record and agrees that the conduct admitted to by respondent warrants the agreed to disposition,

IT IS HEREBY ORDERED that respondent Paul M. Heim is publicly reprimanded and is placed on 2 years' probation subject to the agreed upon conditions set out above.

BY THE COURT:

/s/ Alexander M. Keith
A. M. Keith
Chief Justice

PAGE, Justice (dissenting).

Based on respondent's conduct and on our most recent cases in this area, I would reject the stipulation between the Director and respondent. I believe stronger discipline is warranted.

Therefore, I dissent.